# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NOS.:  3:18cr51-MCR-HTC
  3:19cv5065-MCR-HTC

VINCENT LEWIS DENNIS

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2020. ECF No. 71. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a *de novo* review of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 71, is adopted and incorporated by reference in this Order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 67, is **DENIED;** and

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 11th day of June, 2020.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**